IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL D. LEATHERWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-12-251-C |
| | ) | |
| JOHN WHETSEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by Magistrate Judge Shon T. Erwin on August 21, 2012. Instead of filing an objection, Plaintiff has responded to the Report and Recommendation with a Motion to Withdraw Motion Requesting a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 93).

For the reasons stated in the Report and Recommendation, and without objection from Plaintiff, the Report and Recommendation of Judge Erwin (Dkt. No. 91) is adopted and Plaintiff's Motion Requesting a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 39) is denied. This matter is recommitted to the Magistrate Judge consistent with the original Order of Referral.

IT IS SO ORDERED this 2nd day of October, 2012.

ROBIN J. CAUTHRON
United States District Judge